**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

**v.**          Case No. 8:03-cv-2353-T-TBM

**PEOPLES CREDIT FIRST, LLC, et al.,**

    **Defendants.**
_____/

## O R D E R

THIS MATTER is before the court *sua sponte*. By Order dated December 7, 2005, the court granted the **Receiver's Motion for Entry of Judgment in His Favor and Against Shaun Olmstead and Julie Connell** (Doc. 439), and directed Defendants Olmstead and Connell to pay the Receiver $38,962.29 as sanctions. See (Doc. 454). The Defendants were accorded twenty days within which to do so. See id. By notice dated December 28, 2005, the Receiver advised the court that he has not received the funds due. See (Doc. 473). Consequently, as indicated previously, the court hereby Orders the Clerk to enter Judgment in favor of the Receiver and against Shaun Olmstead and Julie Connell, jointly and severally, in the principal sum of $38,962.29, which sum shall bear interest at the usual rate for federal court judgments from November 1, 2004, forward.

**Done and Ordered** in Tampa, Florida, this 5th day of January 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record