**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

v.    Case No. 8:03-cv-2353-T-TBM

**PEOPLES CREDIT FIRST, LLC, et al.,**

    **Defendants.**
_____/

## **O R D E R**

THIS MATTER is before the court *sua sponte*. By Order dated December 21, 2005, the court granted the Receiver's motions for fees and costs in part, and directed him to recalculate the amounts owed himself and his firm to account for the court's reduction in the hourly rate for paralegals and an overall fee deduction of 12.5%. (Doc. 470). On December 23, 2005, the Receiver submitted his adjusted calculations. (Doc. 472).

Upon consideration, the court approves the recalculated fee amounts. Accordingly, for the period November 10, 2003, through September 30, 2005, the court awards the Receiver fees in the amount of **$287,494.29** and costs in the amount of **$29,515.02**. As indicated by the Receiver, this award reflects a net fee of $150,223.94 for Buchanan Ingersoll and of $137,270.35 for the Receiver, and costs of $25,186.84 for Buchanan Ingersoll and of $4,328.18 for the Receiver.

**Done and Ordered** in Tampa, Florida, this 5th day of January 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record