Case 8:03-cv-02353-TBM   Document 480   Filed 01/06/06   Page 1 of 1 PageID 4475

AO 450 (Rev. 5/85) Judgment in a Civil Case
================================================================================================
================================================================================================

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## *AMENDED JUDGMENT IN A CIVIL CASE*

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

vs.                                           CASE NUMBER: 8:03-cv-2353-T-17TBM

**PEOPLES CREDIT FIRST, et al.,**

    Defendant.


☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision by been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Receiver, Mark J. Bernet, and against Shaun Olmstead and Julie Connell, jointly and severally in the principal sum of $38,962.29, which sum shall bear interest at the usual rate for federal court judgments from November 1, 2004, forward.


January 6, 2006                              SHERYL L. LOESCH, CLERK

                                                 By:   *[signature]*
                                                        Deputy Clerk