**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

**v.**                                                                                   **Case No. 8:03-cv-2353-T-TBM**

**PEOPLES CREDIT FIRST, LLC, et al.,**

    **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on the Receiver's **Motion for Approval of Purchase and Sale Agreement to Sell Hale Avenue Facilities** (Doc. 462) and Foundation Commercial Properties, LLC's response in opposition (Doc. 474). By his motion, the Receiver, Mark J. Bernet, seeks an Order of this court approving the sale of the Receivership properties located at 4618, 4618A and 4620 N. Hale Avenue, Tampa, Florida (collectively, the "Hale Avenue Facilities") to Ralph Marcadis and Haim Goldenburg for $1,475,000.00 cash. A hearing on the motion was conducted January 19, 2006. Foundation Commercial Properties LLC, by attorney Thomas C. Little, has filed a response objecting to the sale.[1]

Subsequent to the hearing, the Receiver was requested to submit additional documentation to support the tendered sales price. On January 27, 2006, the Receiver submitted, in hard-copy format, the appraisal report of D.C. Hinckley, MAI, of Hinckley

---

[1] Mr. Bernet is the Receiver of Foundation Commercial Properties, LLC, and he urges that Mr. Little has no standing to challenge the sale on its behalf.

Appraisal Services, Inc., valuing the Hale Avenue Facilities.[2]  Based on his inspection and appraisal of the property and analysis of pertinent data, Mr. Hinckley opined that the market value of the subject property, as of January 25, 2006, was $1,340,000.00.

Upon consideration, the Receiver's **Motion for Approval of Purchase and Sale Agreement to Sell Hale Avenue Facilities** (Doc. 462) is **GRANTED**.  The Receiver is authorized to complete the sale of the Receivership properties at 4618, 4618A and 4620 N. Hale Avenue, Tampa, Florida, for the agreed upon price of $1,475,000.00 cash.  Upon the closing of the sale, the Receiver is authorized to enter into a short-term lease of a portion of the property, at 4620 N. Hale Avenue, for the continued use of the Receivership.  The term of the lease shall not exceed four months except that the Receiver may extend the lease on a month to month basis thereafter until the Receivership no longer needs the use of the facility.  A sales commission not exceeding 5% of the sales price and usual and customary closing costs may be paid by the Receiver, and all outstanding encumbrances and liens on the property shall be satisfied at closing or as soon thereafter as is practical.  A summary report of the sale of the property shall be filed with the court by the Receiver within ten (10) days of the date of closing.

**Done and Ordered** in Tampa, Florida, this 30th day of January 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[2]Mr. Hinckley indicated that his report "is identified as a Limited Scope, Summary Appraisal Report in Accordance with Standards Rule 2-2(a) of the Uniform Standards of Appraisal Practice of the Appraisal Foundation."

2