*AO 450 (Rev. 5/85) Judgment in a Civil Case*
===============================================================================================================================================

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## *AMENDED JUDGMENT IN A CIVIL CASE*

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

vs.                                                          **CASE NUMBER: 8:03-cv-2353-T-TBM**

**PEOPLES CREDIT FIRST, LLC, et al.,**

    Defendants.

    This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the FTC as against Defendants Peoples Credit First, LLC, Consumer Preferred, LLC f/k/a Consumer First, LLC, Shaun Olmstead ("Olmstead"), Julie Connell ("Connell"), jointly and severally, in the amount of $10,156,700.40 for equitable monetary relief, including consumer redress and disgorgement, including payment for attendant expenses of administering a consumer redress fund, which sum shall bear interest at the usual rate for federal court judgments. Such funds as remain unpaid for equitable relief or expenses shall be deposited into the United States Treasury.

    It is further Ordered and Adjudged that Defendants, as well as their officers, directors, agents, employees, independent contractors, attorneys, corporations, affiliates, successors, assigns, and any other persons or entities in active concert or participation with them who receive actual notice of this Order are hereby permanently restrained and enjoined from engaging in, or receiving any remuneration of any kind whatsoever from holding any ownership interest, share, or stock in, or serving as an officer, director, trustee, general manager, consultant or advisor to, any business entity engaged in, or assisting others engaged in, in whole or in part, the advertising, marketing, promoting, offering for sale, or sale of any advance-fee credit opportunity.

    It is further Ordered and Adjudged that, in connection with the advertising, promotion, offering for sale, or sale of any good or service, Defendants as well as their officers, directors, agents, employees, independent contractors, attorneys, corporations, affiliates, successors, assigns, and any other persons or entities in active concert or participation with them who receive actual notice of this Order are permanently enjoined and restrained from directly or by implication, making any false or misleading oral or written representation of material fact or engaging in deceptive or misleading acts and practices.

It is further Ordered and Adjudged that Defendants, as well as their officers, directors, agents, employees, independent contractors, attorneys, corporations, affiliates, successors, assigns, and any other persons or entities in active concert or participation with them who receive actual notice of this Order are permanently enjoined and restrained from using, selling, renting, leasing, transferring, or otherwise disclosing the name, address, telephone number, credit card number, bank account number, e-mail address, or other identifying information of any customer of Defendants who paid any money to Defendants or an affiliated company presently under the receivership at any time prior to entry of this Order in connection with the purchase of an advance fee credit card opportunity; *provided, however*, that Defendants may disclose such identifying information (i) to a law enforcement agency, or (ii) as required or authorized by any law, regulation, or court order.

It is further Ordered and Adjudged that, beginning 180 days from the date of this Order and for a period of four (4) years thereafter, Defendant Olmstead and Defendant Connell shall provide a written report to the FTC, sworn to under penalty of perjury, setting forth a statement of their business affiliations and activities during the preceding one year period; any change in name; their then current resident addresses and telephone numbers; their then current employment and business addresses and telephone numbers; a description of the business activities of each current employer or business and their title and responsibilities with each such employer or business; and any change in the corporate ownership or structure of Peoples Credit First, LLC, or Consumer Preferred, LLC, or any successor entity to these corporations with which Olmstead or Connell remain affiliated. <u>Such reports shall be mailed to the Regional Director, c/o Federal Trade Commission, 225 Peachtree St., Suite 1500, Atlanta, Georgia, 30303, and shall include a cover letter referencing this Order and each of the Defendants</u>.

In addition to such reports, as a further condition of their compliance obligations, the Defendants shall respond in writing and/or produce or make available for inspection and copying such information and documents or premises as are requested by the FTC and reasonably related to the matter of the Defendants' compliance with the Final [Amended] Judgment. Such responses shall be sworn to under penalty of perjury. Procedures related to such reporting and production or any requests for inspection of property shall be substantially in accordance with the Federal Rules.

In order to further assure the Defendants' compliance, for the same period, the Defendants, any successor corporation, or other entity with which Olmstead and Connell become affiliated as owners, officers, directors, consultants or advisors, employees or independent contractors, are ordered to create and retain all financial and accounting records otherwise required by federal or state laws; personnel records reflecting the name, address, telephone number, and social security number of all persons employed by the Defendants; customer files containing the names, addresses, phone numbers, and a description of the nature of the services performed or items purchased; customer complaints and refund requests; and copies of training materials, advertising and marketing materials employed by such businesses.

It is further Ordered and Adjudged that Olmstead and/or Connell shall notify each officer or director of any company with which they are or become associated of the existence of the Injunction and provide them a copy thereof. To the extent that Olmstead and/or Connell are or become owners, officers, or directors of any company, they shall ensure that a copy of the Injunction is posted in a prominent area for review by employees.

It is further Ordered and Adjudged that the asset freeze ordered pursuant to the Preliminary Injunction entered in this cause on December 24, 2003, shall remain in effect until otherwise ordered by this court, provided however, any person holding assets of any

Defendant or company currently under receivership is authorized to, and shall upon written request of the FTC, promptly turn such assets over to the FTC in order to partially satisfy the equitable money judgment entered against the Defendants.

The remedies provided by this Order are in addition to, and not in lieu of, other remedies as may be provided by law including administrative, civil, and criminal remedies.

The court retains and reserves jurisdiction of this cause to construe, modify, and enforce the provisions of the Amended Judgment and to address matters relating to fees and costs and the winding down of the receivership.

February 15, 2006                              **SHERYL L. LOESCH, CLERK**

                                        By: _____
                                            Deputy Clerk