**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

**v.**                                                                                             **Case No. 8:03-cv-2353-T-TBM**

**PEOPLES CREDIT FIRST, LLC, et al.,**

    **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on the Receiver's **Motion for Approval of Purchase and Sale Agreement to Sell Bayshore Royal Condominium Unit 605** (Doc. 517). By his motion, Mark J. Bernet, as Receiver of Generation Housing, LLC, seeks an Order of this court approving the sale of Bayshore Royal Condominium Unit 605, together with furniture and furnishing located therein, to Shannon A. Sorbara for $260,500.00.[1] Aside from his related response (Doc. 522) to the Federal Trade Commission's Amended Motion to Compel the Surrender of Assets (Doc. 511) and his Memorandum in Opposition to the Proposed Liquidation of his Interest in the LLCs (Doc. 514),[2] Mr. Olmstead has not filed a separate response to the Receiver's instant motion.

---

[1] Unit 605 is titled in the name of Generation Housing, LLC.

[2] Mr. Olmstead has objected to the liquidation of the assets of his limited liability companies as contrary to the provisions of chapter 608 of the Florida Statutes. By his contention, the court may, at most, enter a charging order as against his interest in the limited liability company to the extent of the unsatisfied judgment and may not foreclose on that interest. See Fla. Stat. § 608.433(4). For reasons more fully addressed in the Federal Trade Commission's response (Doc. 527), the court overrules Mr. Olmstead's objections. There appears no dispute that Mr. Olmstead is the sole member of Generation Housing, LLC, and the purposes of the statute are not defeated by the proposed sale in these circumstances. By reason of Orders previously entered in this cause, no additional Order beyond the approval of the purchase and sales contract is necessary.

Upon consideration, the Receiver's **Motion for Approval of Purchase and Sale Agreement to Sell Bayshore Royal Condominium Unit 605** (Doc. 517) is **GRANTED**. The Receiver is authorized to complete the sale of the Receivership property at 2109 Bayshore Boulevard, Unit #605, Tampa, Florida, for the agreed upon price of $ 260,500.00.[3] A sales commission not exceeding 6% of the sales price and usual and customary closing costs may be paid by the Receiver, and all outstanding encumbrances and liens on the property shall be satisfied at closing or as soon thereafter as is practical. A summary report of the sale of the property shall be filed with the court by the Receiver within ten (10) days of the date of closing.

**Done and Ordered** in Tampa, Florida, this 11th day of April 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[3]The Receiver demonstrates that the sales price compares favorably with recent sales of other units at the Bayshore Royal building and the contract otherwise appears the result of an arms-length transaction.

2