**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

**v.**                                                     **Case No. 8:03-cv-2353-T-TBM**

**PEOPLES CREDIT FIRST, LLC, et al.,**

    **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on the **Receiver's Proposed Plan to Wind up Affairs of Receiverships** (Doc. 495); Defendants, Peoples Credit First, LLC, Consumer Preferred, LLC, and Julie Connell's objections thereto (Doc. 502); the **Receiver's Supplemented Proposed Plan to Wind up Affairs of Receiverships** (Doc. 524); **First Supplement to Receiver's Supplemented Proposed Plan to Wind up Affairs of Receiverships** (Doc. 532); and Defendants, Peoples Credit First, LLC, Consumer Preferred, LLC, and Julie Connell's response thereto (Doc. 534).

Upon consideration, the **Receiver's Supplemented Proposed Plan to Wind up Affairs of Receiverships** (Doc. 524), as supplemented (Doc. 532), is hereby **APPROVED**. The Receiver shall promptly move forward with the liquidation of the Defendants' assets in accordance with that plan as supplemented. The Receiver shall use his best efforts and exercise his best judgment in liquidating the Defendants' assets so as to maximize the net sale proceeds. The Receiver shall arrange to pay for all reasonable and necessary costs and

expenses associated with the liquidation and reserve sufficient funds for the payment of fees and any taxes estimated to be owed by reason of the liquidation.

**Done and Ordered** in Tampa, Florida, this 3rd day of May 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record