UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Federal Trade Commission,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Peoples Credit First, LLC,<br>Consumer Preferred, LLC, formerly known as<br>　　　Consumer First, LLC<br>Shaun Olmstead, and<br>Julie Connell,<br><br>　　　Defendants. | Civil No. 8:03CV 2353 - T17 TBM |

**ORDER DIRECTING THE SURRENDER OF ASSETS**

The matter before the Court is Plaintiff, Federal Trade Commission's ("FTC" or "Commission") motion to compel the surrender of assets in partial satisfaction of the judgment entered against the Defendants in this case. After taking into consideration matters discussed at a hearing held on March 3, 2006, the responses of Defendants, and this Court's previous Order in this regard (Doc 525), it is hereby ORDERED, ADJUDGED AND DECREED as follows:

In partial satisfaction of the Amended Judgment in this case, MacFarlane Ferguson & McMullen shall, within five (5) business days of the date of entry of this Order, transfer to the FTC or its designated agent, all assets held on behalf, or for the benefit, of Julie Kay Connell and

Shaun Neil Olmstead. All funds paid over to the FTC in partial satisfaction of the judgment shall be paid to the FTC through wire transfer, per FTC instruction.

SO ORDERED this __**30th**___ day of __**May**___, 2006, at Tampa, Florida.

THOMAS B. McCOUN, III
United States Magistrate Judge