**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

v.                                                                                          **Case No. 8:03-cv-2353-T-TBM**

**PEOPLES CREDIT FIRST, LLC, et al.,**

    **Defendants.**

_____/

**O R D E R**

THIS MATTER is before the court on the **Receiver's Application for Authority to Endorse Vehicle Title and Apply for Replacement Vehicle Title** (Doc. 562). By his pleading, the Receiver seeks authority from the court to (1) endorse a vehicle title for a 2001 BMW 330i presently in the name of Julie Connell in favor of Emile Guillot, and (2) execute an application for a replacement vehicle title for a 2002 GMC Yukon Denali in the name of Shaun Olmstead. According to the Receiver, he has sold these vehicles in accordance with the court's instructions and now makes the above request so that he may convey the vehicles to the purchasers. Defendants Shaun Olmstead and Julie Connell have failed to file a response in opposition, and thus, the Receiver's application is deemed unopposed.

Accordingly, the **Receiver's Application for Authority to Endorse Vehicle Title and Apply for Replacement Vehicle Title** (Doc. 562) is **GRANTED**. Mark J. Bernet, Esq., as the Receiver in this matter, is hereby authorized to endorse the title certificate for the BMW

on behalf of Julie Connell and to apply to the Florida Department of Motor Vehicles for a replacement title for the Denali on behalf of Shaun Olmstead.

**Done and Ordered** in Tampa, Florida, this 22nd day of August 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Shaun Olmstead