UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

**v.**                                                              Case No.  8:03-cv-2353-T-TBM

**PEOPLES CREDIT FIRST, LLC, et al.,**

    **Defendants.**
_____/

## **O R D E R**

THIS MATTER is before the court *sua sponte* as a result of the telephonic status conference conducted on January 18, 2007.  Within <u>twenty (20) days</u> of the date of this Order or as otherwise mutually agreed upon, the Receiver, Mark J. Bernet, Esq., and Defendant Shaun Olmstead are directed to meet and confer to address the tax matters at issue.  The other parties in this case shall be notified of the meet and confer and may participate if they so choose.  Thereafter, the Receiver shall notify the court of the result of the meet and confer.

**Done and Ordered** in Tampa, Florida, this 18th day of January 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
Mr. Shaun Olmstead, 3301 Bayshore Blvd., Unit 1807, Tampa, FL 33692