UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

v.           Case No. 8:03-cv-2353-T-TBM

**PEOPLES CREDIT FIRST, LLC, et al.,**

    **Defendants.**
_____/

## O R D E R

THIS MATTER is before the court on the **Receiver's Motion for Approval of Purchase and Sale Agreement to Sell Sterling Town Home at 3731 Cass Street** (Doc. 601). By his motion, Mark J. Bernet, as Receiver of Generation Housing, LLC, seeks an Order of this court approving the sale of the town home located in Sterling Townhomes at 3731 Cass Street to Derick M. Hernandez for the net price of $200,000.00.[1] To the extent that any of the parties or other interested persons object to the sale of this town home, they are hereby directed to file an expedited response on or before 5:00 p.m. on April 3, 2007.

**Done and Ordered** in Tampa, Florida, this 28th day of March 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Mr. Shaun Olmstead, 3301 Bayshore Blvd., Unit 1807, Tampa, FL 33692

---

[1] This town home is titled in the name of Generation Housing, LLC.