**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

v.                                      **Case No. 8:03-cv-2353-T-TBM**

**PEOPLES CREDIT FIRST, LLC, et al.,**

    Defendants.
_____/

**O R D E R**

THIS MATTER is before the court on the **Receiver's Motion for Approval of Purchase and Sale Agreement to Sell Sterling Town Home at 3731 Cass Street** (Doc. 601). By his motion, Mark J. Bernet, as Receiver of Generation Housing, LLC, seeks an Order of this court approving the sale of the town home located in Sterling Townhomes at 3731 Cass Street to Derick M. Hernandez for the net price of $200,000.00.[1] No responses or objections have been filed.[2]

Upon consideration, the **Receiver's Motion for Approval of Purchase and Sale Agreement to Sell Sterling Town Home at 3731 Cass Street** (Doc. 601) is **GRANTED**. The Receiver is authorized to complete the sale of the Receivership property at 3731 Cass

---

[1] This town home is titled in the name of Generation Housing, LLC.

[2] As the Receiver notes, the issue of whether the court should require formal compliance with Chapter 608, Florida Statutes, for purposes of collecting the judgment, or whether the court should exercise its equity powers inherent in FTC cases is currently pending before the Eleventh Circuit. (Doc. 601 at 8, n.5). As previously stated, the court believes it appropriate to move forward with the sale of this property.

Street, Tampa, Florida, for the agreed upon price of $ 200,000.00.[3] A sales commission not exceeding 6% of the sales price and usual and customary closing costs may be paid by the Receiver, and all outstanding encumbrances and liens on the property shall be satisfied at closing or as soon thereafter as is practical. A summary report of the sale of the property shall be filed with the court by the Receiver within ten (10) days of the date of closing.

**Done and Ordered** in Tampa, Florida, this 4th day of April 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Mr. Shaun Olmstead, 3301 Bayshore Blvd., Unit 1807, Tampa, FL 33692

---

[3]The Receiver demonstrates that the sales price compares favorably with recent sales of other units at Sterling Townhomes, and the contract otherwise appears the result of an arms-length transaction.